UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                              Case No.:            17-30107

JENKINS, TYRA                                       Chapter:                7

                                                    Judge:               CMG

### NOTICE OF PROPOSED ABANDONMENT

_____Barry R. Sharer_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk of the U.S. Bankruptcy Court
> U.S.  Courthouse, 1st Floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____01/16/18_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  2 General Lane, Willingboro, NJ
> Value: $183,678.00

> Liens on property:          Specfialized Loan - $200,000.00

> Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:     Barry R. Sharer, Trustee

Address:   1103 Laurel Oak Road, Suite 105B, Voorhees, NJ 08043

Telephone No.: 856-435-3200

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-30107-CMG
Tyra Jenkins                                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1           Date Rcvd: Dec 12, 2017
                             Form ID: pdf905          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2017.
db            +Tyra Jenkins,    2 General Lane,    Willingboro, NJ 08046-3020
517103419     +Acs/college Loan Corp,    14303 Gateway Pl,    Poway, CA 92064-7140
517103422     +Apex Asset,    2501 Oregon Pike Ste,    Lancaster, PA 17601-4890
517103423     +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517103424     +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517103425     +Comenitybank/New York,    AttN: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517103426     +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517103430     +Parker McKay PA,    9000 Midlantic Drive,    Suite 300,    PO Box 5054,
                Mount Laurel, NJ 08054-5054
517103431     +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    PO Box 636005,    Littleton, CO 80163-6005
517103433     +Trojan Professional Se,    4410 Cerritos Ave,    Los Alamitos, CA 90720-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 12 2017 23:20:44     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 12 2017 23:20:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517103421     +E-mail/Text: bkrpt@retrievalmasters.com Dec 12 2017 23:20:40
                AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
                4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
517103420     +E-mail/Text: bknotices@conduent.com Dec 12 2017 23:21:38     Acs/college Loan Corp,
                501 Bleecker St,    Utica, NY 13501-2401
517103427     +E-mail/PDF: creditonebknotifications@resurgent.com Dec 12 2017 23:26:56     Credit One Bank Na,
                Po Box 98873,    Las Vegas, NV 89193-8873
517103428     +E-mail/PDF: pa_dc_ed@navient.com Dec 12 2017 23:26:09     Dept Of Ed/Navient,
                Attn: Claims Dept,    P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517103429     +E-mail/PDF: pa_dc_claims@navient.com Dec 12 2017 23:26:55     Navient,    Attn: Bankruptcy,
                Po Box 9500,    Wilkes-Barr, PA 18773-9500
517103432     +E-mail/PDF: gecsedi@recoverycorp.com Dec 12 2017 23:26:54     Syncb/Lord & Taylor,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517103435     +E-mail/Text: cio.bncmail@irs.gov Dec 12 2017 23:20:20     United States of America,
                US Department of Justice,    950 Pennsylvania Avenue NW,    Washington, DC 20530-0009
                                                                                          TOTAL: 9


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517103434*    +United States of America,    c/o Attorney for the District of New,    Jersey,    970 Broad St.,
                Newark, NJ 07102-2534
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
          Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
           BSharer@SharerPBS.com;nj83@ecfcbis.com
          Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor   WV2017-1 Grantor Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua Humphries    on behalf of Debtor Tyra  Jenkins jhumphries@keaveneylegalgroup.com,
           data@keaveneylegalgroup.com;r46514@notify.bestcase.com
          Rebecca Ann Solarz    on behalf of Creditor   WV2017-1 Grantor Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 6