**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Tyra Jenkins <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx−xx−9495 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17−30107−CMG | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyra Jenkins

<u>1/5/18</u>

**By the court:** <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                        Case No. 17-30107-CMG
Tyra Jenkins                                                                  Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin               Page 1 of 2               Date Rcvd: Jan 05, 2018
                              Form ID: 318              Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2018.
db             +Tyra Jenkins,    2 General Lane,     Willingboro, NJ 08046-3020
517103419      +Acs/college Loan Corp,    14303 Gateway Pl,     Poway, CA 92064-7140
517103422      +Apex Asset,    2501 Oregon Pike Ste,     Lancaster, PA 17601-4890
517103426      +Comenitycapital/boscov,    Comenity Bank,     Po Box 182125,    Columbus, OH 43218-2125
517103430      +Parker McKay PA,    9000 Midlantic Drive,     Suite 300,    PO Box 5054,
                 Mount Laurel, NJ 08054-5054
517103431      +Specialized Loan Servicing/SLS,     Attn: Bankruptcy,    PO Box 636005,    Littleton, CO 80163-6005
517103433      +Trojan Professional Se,    4410 Cerritos Ave,     Los Alamitos, CA 90720-2549

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 05 2018 23:03:03       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 05 2018 23:03:00       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517103421      +EDI: RMCB.COM Jan 05 2018 22:58:00       AMCA/American Medical Collection Agency,
                 Attention: Bankruptcy,    4 Westchester Plaza, Suite 110,     Elmsford, NY 10523-1615
517103420      +E-mail/Text: bknotices@conduent.com Jan 05 2018 23:03:53       Acs/college Loan Corp,
                 501 Bleecker St,    Utica, NY 13501-2401
517103423      +EDI: CAPITALONE.COM Jan 05 2018 22:58:00       Capital One,   Attn: Bankruptcy,   Po Box 30253,
                 Salt Lake City, UT 84130-0253
517103424      +EDI: WFNNB.COM Jan 05 2018 22:58:00       Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517103425      +EDI: WFNNB.COM Jan 05 2018 22:58:00       Comenitybank/New York,    AttN: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517103427      +EDI: RCSFNBMARIN.COM Jan 05 2018 22:58:00       Credit One Bank Na,   Po Box 98873,
                 Las Vegas, NV 89193-8873
517103428      +EDI: NAVIENTFKASMDOE.COM Jan 05 2018 22:58:00       Dept Of Ed/Navient,    Attn: Claims Dept,
                 P.O. Box 9635,    Wilkes Barr, PA 18773-9635
517103429      +EDI: NAVIENTFKASMSERV.COM Jan 05 2018 22:58:00       Navient,   Attn: Bankruptcy,   Po Box 9500,
                 Wilkes-Barr, PA 18773-9500
517103432      +EDI: RMSC.COM Jan 05 2018 22:58:00       Syncb/Lord & Taylor,    Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
517103435      +EDI: IRS.COM Jan 05 2018 22:58:00       United States of America,    US Department of Justice,
                 950 Pennsylvania Avenue NW,     Washington, DC 20530-0009
                                                                                                 TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517103434*     +United States of America,    c/o Attorney for the District of New,     Jersey,   970 Broad St.,
                 Newark, NJ 07102-2534
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2018 at the address(es) listed below:
              Barry R. Sharer    on behalf of Trustee Barry R. Sharer CShapiro@SharerPBS.com,
               BSharer@SharerPBS.com;nj83@ecfcbis.com
              Barry R. Sharer    CShapiro@SharerPBS.com,    BSharer@SharerPBS.com;nj83@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    WV2017-1 Grantor Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua Humphries    on behalf of Debtor Tyra Jenkins jhumphries@keaveneylegalgroup.com,
               data@keaveneylegalgroup.com;r46514@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    WV2017-1 Grantor Trust rsolarz@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 05, 2018
                              Form ID: 318             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 6